WILLIAM FARNUM, Respondent, *v.* WILLIAM H. HARRISON, Appellant, Impleaded with Others.

*Farnum* v. *Harrison*, 167 App. Div. 704, affirmed.
(Argued May 3, 1916; decided May 23, 1916.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1915, which affirmed a determination of the Appellate Term affirming a judgment of the City Court of the city of New York in favor of plaintiff in an action under section 57 of the Stock Corporation Law to recover of the defendant, one of the stockholders of the Wishart Dayton Auto Truck Company, the amount of unpaid salary due plaintiff for services rendered to said company as a bookkeeper. The other defendant stockholders have defaulted, the defendant Harrison being the only one to interpose a defense.

*Hartwell Cabell* for appellant.

*Louis Boehm* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Not sitting: SEABURY, J.